UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC D. WALL,<br><br>                    Plaintiff,<br><br>-against-<br><br>STUART GREENE; KATHLEEN WALL; BARRON S. WALL, INC.; DONALD TRUMP,<br><br>                    Defendants. | 24-CV-0350 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 22, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 22, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge